### DICKSON *v.* KELSEY, on Appeal.

*DICKSON* and *Kelsey* having bought lands and built mills in partnership, executed a written agreement, stating that *Dickson* had bought *Kelsey's* interest in the mills and land adjoining them, and was to pay him for the same 500 dollars. In a suit by *Kelsey* against *Dickson* on this agreement, *Dickson* demanded, by way of set-off, a certain sum of money which he alleged he had advanced for *Kelsey,* in building the mills.

*Held,* that *Kelsey* might introduce a witness to prove, in opposition to *Dickson's* demand, that *Dickson* had acknowledged, after the date of the written agreement, that the money mentioned in that agreement, was to be over and above the expenses of building the mills.